

# Fourth Court of Appeals
## San Antonio, Texas

March 7, 2019

No. 04-18-00798-CV

**IN THE COMMITMENT OF STEPHEN PATRICK BLACK**,

From the 274th Judicial District Court, Guadalupe County, Texas
Trial Court No. 15-1805-CV
Honorable Gary L. Steel, Judge Presiding

# O R D E R

Sitting:    Luz Elena D. Chapa, Justice
Irene Rios, Justice
Beth Watkins, Justice

Stephen Patrick Black's "Motion to Strike Both Special Prosecution Unit's: Designation of Attorney for the State and State's Response to this Court's Question of Jurisdiction" is **denied.**

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of March, 2019.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court